IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES COURTHOUSE, et al.,<br><br>    Defendant. | NO. 2:23-cv-01167-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, ECF No. 5, the objections filed by Plaintiff, ECF No. 11, and the remaining record, the Court finds and **HEREBY ORDERS**:

    1.    The Court **ADOPTS** the Report and Recommendation, ECF No. 5.

    2.    Plaintiff's Motion to Proceed IFP, ECF No. 1, is **DENIED**. Plaintiff is directed to pay the full filing fee of $402.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed; and

//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION** ~ 1

3. The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to the parties and to Judge Vaughan.

**DATED** this 12th day of October 2023.

_____
Stanley A. Bastian
U.S. District Court Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**