IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES COURTHOUSE, et al.,<br><br>　　　　Defendant. | NO.  2:23-cv-01167-SAB<br><br>**ORDER CLOSING FILE** |

　　　　On October 12, 2023, the Court instructed Plaintiff to pay the full filing fee, or this case would be dismissed. Nothing further has been filed in this action. Additionally, mail sent by the Clerk's Office addressed to Plaintiff was returned undeliverable. It is Plaintiff's responsibility to update the Court with his current address. It appears that Plaintiff is not longer interested in pursuing this action.

//
//
//
//
//
//
//
//
//

**ORDER CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned matter is **DISMISSED**, for failure to prosecute.

2. The Clerk of Court is directed to **close** the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to the parties.

**DATED** this 9th day of January 2024.

_____
Stanley A. Bastian
U.S. District Court Judge

**ORDER CLOSING FILE ~ 2**